IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 1:06-123 |
| | ) | 18 U.S.C. § 1001 |
| v. | ) | 18 U.S.C. § 911 |
| | ) | |
| MARTIN F. SALAZAR | ) | INDICTMENT |

COUNT 1

THE GRAND JURY CHARGES:

On or about July 28, 2003, in the District of South Carolina, in a matter within the jurisdiction of the executive branch of the government of the United States, MARTIN F. SALAZAR knowingly and willfully did make a materially false, fictitious, and fraudulent statement and representation in that during an interview being conducted for purposes of determining his continuing eligibility to work at the Department of Energy, Savannah River Site as an engineer, he did falsely claim to have received a Bachelor of Science degree in engineering from California State University at Long Beach ;

In violation of Title 18, United States Code, Section 1001.

COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about July 31, 2001, in the District of South Carolina, in a matter within the jurisdiction of the executive branch of the government of the United States, MARTIN F. SALAZAR knowingly and willfully did make and use a document knowing the same to contain false, ficticious, and fraudulent statements of material fact in that he did submit to the United States Department of Energy a Questionnaire for National Security Position on which he did falsely state that he was born in Nogales, Arizona, when as he well knew he was born in Nogales, Mexico;

In violation of Title 18, United States Code, Section 1001.

COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about July 31, 2001, in the District of South Carolina, MARTIN F. SALAZAR falsely and willfully did represent himself to be a citizen of the United States;

In violation of Title 18, United States Code, Section 911.

COUNT 4

THE GRAND JURY FURTHER CHARGES:

On or about August 26, 2005, in the District of South Carolina, in a matter within the jurisdiction of the executive branch of the government of the United States, MARTIN F. SALAZAR knowingly and willfully did make and use a document knowing the same to contain false, fictitious, and fraudulent statements of material fact in that he did submit to the United States Department of Energy an Application for Immediate Retirement on which he did falsely state that he was born on January 30, 1954, when in truth, as he then well knew, he was born on January 30, 1958, and was therefore not eligible for retirement;

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL

s/Foreperson
FOREPERSON

s/Jonathan S. Gasser
JONATHAN S. GASSER
UNITED STATES ATTORNEY (DAE)

**MAXIMUM SENTENCE COUNT 1**
**FINE OF $250,000 (18 U.S.C. § 3571) AND/OR**
**IMPRISONMENT FOR 5 YEARS AND A**
**TERM OF SUPERVISED RELEASE**
**OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT $100.00 (18 U.S.C. § 3013**

**MAXIMUM SENTENCE COUNT 2**
**FINE OF $250,000 (18 U.S.C. § 3571) AND/OR**
**IMPRISONMENT FOR 5 YEARS AND A**
**TERM OF SUPERVISED RELEASE**
**OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT $100.00 (18 U.S.C. § 3013**

**MAXIMUM SENTENCE COUNT 3**
**FINE OF $250,000 (18 U.S.C. § 3571) AND/OR**
**IMPRISONMENT FOR 3 YEARS AND A**
**TERM OF SUPERVISED RELEASE**
**OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT $100.00 (18 U.S.C. § 3013**

**MAXIMUM SENTENCE COUNT 4**
**FINE OF $250,000 (18 U.S.C. § 3571) AND/OR**
**IMPRISONMENT FOR 5 YEARS AND A**
**TERM OF SUPERVISED RELEASE**
**OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT $100.00 (18 U.S.C. § 3013**