AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

------------------------------------------------------------DISTRICT OF------------------------------------------------------------

EXHIBIT LIST

USA

v.

Martin F. Salazar

Case Number: 1:06-123

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Margaret B. Seymour | Dean Eichelberger | David Braghirol |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 2/5/07 - 2/8/07 | Debra Jernigan | Mary Deal |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | 2/6/07 | yes | yes (as business record) | SF-171 application for employment (12/1/85) |
| 2 | | 2/6/07 | yes | yes | questionnaire for National Security position (6/20/85) |
| 3 | | 2/5/07 | yes | yes | questionnaire for National Security Position (7/31/01) |
| 4 | | 2/6/07 | yes | yes | application for position as Chief Engineer |
| 5 | | 2/5/07 | yes | yes | letter to Salazar dated 7/16/01 re: security update |
| 6 | | 2/5/07 | yes | yes | letter to Salazar dated 3/6/04 re: education background documentation |
| 7 | | 2/5/07 | yes | yes | application for immediate retirement |
| 8 | | 2/5/07 | yes | yes | college transcript from California State University at Long Beach (from Sylvia Villareal) |
| 9 | | 2/5/07 | yes | yes | diploma from California State University at Long Beach (from Sylvia Villareal) |
| 10 | | 2/5/07 | yes | yes | college transcript form California State University at Long Beach |
| 11 | | 2/5/07 | yes | yes | diploma from California State University at Long Beach |
| 13 | | 2/6/07 | yes | yes | SSAN application listing DOB as 1/30/57 and POB as Nogales, Mexico |
| 14 | | 2/6/07 | yes | yes | SSAN application listing DOB as 1/30/54 and POB as Nogales, Arizona |
| 15 | | 2/6/07 | yes | yes | SSAN application (2006 application) |
| 16 | | 2/6/07 | yes | yes | Certificate of No Record of Birth - Arizona |
| 17 | | 2/5/07 | yes | yes | certified Birth Registration Certificate from Mexico |
| 18 | | 2/6/07 | yes | yes | translation of Certified Birth Registration Certificate |

| | | | | | |
|---|---|---|---|---|---|
| 21 | | 2/5/07 | yes | yes | certificate of birth (from Sylvia Villareal) |
| 22 | | 2/6/07 | yes | yes | translation of Certificate of Birth |
| 23 | | 2/5/07 | yes | yes | INS Identification Card for Martin Salazar |
| 24 | | 2/5/07 | yes | yes | high school diploma for Martin Salazar |
| 25 | | 2/6/07 | yes | yes | Spotlight Interview of Martin Salazar |
| 26 | | 2/6/07 | yes | yes | questionnaire for National Security Position (4/17/05) |
| 27 | | 2/5/07 | yes | yes | Application for employment at Smartech |
| 28 | | 2/5/07 | yes | yes | Resume of Martin Salazar submitted to Smartech |
| 29 | | 2/5/07 | yes | yes | Smartech candidate evaluation form |
| 30 | | 2/6/07 | yes | yes | certified statement of retirement benefits paid |
| 31 | | 2/5/07 | yes | yes | portion of transcript of interview between Marrine O'Connor and defendant held 8/11/00 (p. 5, line 21-p.8, line 13) |
| 32 | | 2/6/07 | yes | yes | Settlement Agreement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.