UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

UNITED STATES OF AMERICA ) CRIMINAL NO. 1:06-123
)
v. )
)
MARTIN F. SALAZAR )

**VERDICT**

**WE, THE JURY,** unanimously return the following verdict in the above referenced case:

1. As to Count One, we unanimously find the Defendant

unable to reach an unanimous vote
(Guilty or Not Guilty)

2. As to Count Two, we unanimously find the Defendant

Guilty
(Guilty or Not Guilty)

3. As to Count Four, we unanimously find the Defendant

Guilty
(Guilty or Not Guilty)

s/ Foreperson
Foreperson's signature

February 8, 2007
Columbia, South Carolina