IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

UNITED STATES OF AMERICA )
) 1:06CR 123 (MBS)
v. ) MOTION FOR NEW TRIAL
)
MARTIN F. SALAZAR )

RECEIVED
USDC CLERK, COLUMBIA, SC
2007 FEB 12 A 11:44

The Defendant being dissatisfied with the verdict and judgment in said case, and within the time allowed by law from said sentencing, moves the court for a new trial upon the following grounds, to wit:

1. Because the verdict is contrary to evidence and without evidence to support it.

2. Because the attorney for the Defendant provided ineffective assistance of counsel.

3. Because the indictment charges were not proven at trial on Counts 2 and 3, and 4

4. Because there was insufficient evidence to convict.

5. Because the jury was biased by the knowledge of the prosecution witnesses.

6. Because the Judge was not fair and impartial by not declaring a mistrial after Defendant fired his attorney.

7. Because the compulsory process was denied.

8. Because hearsay was allowed in evidence (Sylvia).

9. Because the U.S. Attorney vouched for witnesses (Lucy Knowles).

10. Because the U.S. Attorney made fact of evidence not introduced (Butler letter).

11. Because the prosecution withheld evidence (Butler's response).

12. Because the Judge allowed the prosecution to introduce witnesses not on the witness list.

13. Because the Judge allowed the prosecution to call defense witness, then refused defense to be able to call his own witness (Lucy Knowles).

14. Because of Sixth and Fourteenth Amendment violations.

15. Because the verdict is decidedly and strongly against the weight of the evidence.

16. Because the verdict is contrary to law and the principles of justice and equity.

17. DEFENDANT IS SOVEREIGN AS AN AMERICAN INDIAN

WHEREUPON the Defendant prays that these his grounds for a new trial, be inquired of by the Court and that a new trial be granted.

This 12 day of February, 2007.

MARTIN F. SALAZAR
DEFENDANT, PRO SE

1341 Freeman Harris Road
Harlem, Georgia 30814
(706) 556-1391

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Motion for New Trial upon the Office of the U.S. Attorney:

Dean Eichelberger
Office of the United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201

This 12 day of February, 2007.

MARTIN F. SALAZAR
DEFENDANT, PRO SE

1341 Freeman Harris Road
Harlem, Georgia 30814