AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| MARTIN F. SALAZAR<br>*Movant*<br>v.<br>UNITED STATES OF AMERICA<br>*Respondent* | ) | CR No. 1:06-123-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of _________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: Summary judgment is entered for the Respondent, United States of America. The Petitioner, Martin F. Salazar, shall take nothing of the Respondent, United States of America, on his motion filed pursuant to 28 U.S.C. § 2255 and this claim is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge _______________ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____________ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

Date: November 28, 2011

*CLERK OF COURT*

s/Mary E. Deal

*Signature of Clerk or Deputy Clerk*